

**ROTHWELL FIGG**
IP Professionals

The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, NY 10562
Telephone (914) 941-5668
Facsimile  (914) 941-6091
Washington, D.C. ▪ New York ▪ Boston

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __2/16/2022__

February 16, 2022
**Via ECF**
Hon. Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *Rauch Industries v. Radko,* **1:22-cv-0909 (MKV)**

Dear Judge Vyskocil:

    We represent the Defendants Mr. Christopher Radko and Heart Artist, LLC in the above referenced matter. Defendants' Opposition to Plaintiff's Motion for a Preliminary Injunction is due on February 17, 2022. We are writing to respectfully request:

- (1) permission to submit a 30 page Opposition brief; and
- (2) permission to file portions of Defendants' response under seal.

    Good cause exists for the page extension because Plaintiff's opening brief consists of 29 pages, and Defendants need the additional five pages to respond to Plaintiff's arguments. Moreover, a portion of Defendants' brief is consumed by images.

    Good cause exists to file portions of Defendants' papers under seal because the Opposition brief will reference an agreement that includes a confidentiality clause.

    Thank you for your consideration.

Respectfully submitted,
ROTHWELL FIGG

Jeffrey A. Lindenbaum
Partner
jlindenbaum@rothwellfigg.com

**Granted. SO ORDERED.**

Date: __2/16/2022__
New York, New York

Mary Kay Vyskocil
United States District Judge