

BRUCE R. EWING
Partner
(212) 415-9206
FAX (212) 953-7201
ewing.bruce@dorsey.com

February 21, 2022

**VIA ECF**

The Honorable Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/23/2022
```

      Re:    *Rauch Industries, Inc. v. Christopher Radko and Heart Artist LLC*
            Case No. 1:22-cv-00909 (MKV)

Dear Judge Vyskocil:

      As previously stated, we are counsel to the Plaintiff in the above-referenced matter. Pursuant to Your Honor's Orders (Dkt. No. 28 and 42), Plaintiff's Reply on its Motion for Preliminary Injunction is due to be filed on February 22, 2022.

      We write to respectfully request permission to file portions of Plaintiff's Reply under seal. Good cause exists to file portions of Plaintiff's papers under seal because the Reply references an agreement that includes a confidentiality provision. That portion of the Reply is in response to portions of Defendants' response brief that was also filed under seal.

      Thank you for your consideration.

Respectfully Submitted,

/s/ *Bruce R. Ewing*

Bruce R. Ewing

cc: all counsel of record (via ECF)

---

**Granted. SO ORDERED.**

Date: 2/23/2022
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

51 West 52nd Street | New York, NY | 10019-6119 | T 212.415.9200 | F 212.953.7201 | dorsey.com