

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/11/2022
```

May 10, 2022

The Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

***Rauch Industries, Inc. v. Heart Artist LLC, et al.*, No. 22 CV 909**

Dear Judge Vyskocil:

    I am lead counsel to Plaintiff Rauch Industries, Inc. ("Plaintiff") in the above referenced matter. I write seeking an adjournment of the initial conference, currently scheduled for June 7, 2022, at 10:30 AM in person, in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York (ECF No. 80). Defendants consent to this request.

    I have a previously-scheduled, out-of-town business trip that I am unable to move. Pursuant to your April 29, 2022 Notice of Initial Conference, I am making this request more than 72 hours in advance of the conference. *See* ECF No. 80. The parties are available for an initial conference anytime from June 9, 2022 through June 16, 2022, that is convenient for the Court.

Respectfully submitted,

/s/ *Megan K. Bannigan*
Megan K. Bannigan

*Lead Counsel for Plaintiff*
*Rauch Industries, Inc.*

cc  Jeffrey A. Lindenbaum, Esq. (by ECF)
    James R. Hastings, Esq. (by ECF)

**GRANTED. The initial pre-trial conference scheduled for June 7, 2022 at 10:30 AM is ADJOURNED to June 14, 2022 at 10:00 AM. SO ORDERED.**

Date:  5/11/2022
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

www.debevoise.com