

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/2022
```

September 16, 2022

The Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*Rauch Industries, Inc. v. Heart Artist LLC, et al.*, No. 22 CV 909

Dear Judge Vyskocil:

    I am lead counsel to Plaintiff Rauch Industries, Inc. ("Plaintiff") in the above referenced matter. I write seeking an adjournment of the status conference, currently scheduled for September 28, 2022, at 11:00 A.M. EST, in person, in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York (ECF No. 94). Defendants consent to this request.

    For another matter in which I am counsel, the Second Circuit has scheduled an oral argument for the morning of September 28. The timing of this oral argument was outside of my control. Although I am not arguing, it would be very helpful to attend if at all possible. The parties are available for a status conference any time later in the afternoon on September 28, if there is a time that is convenient for the Court. This will not impact any other case deadlines.

    Respectfully submitted,

/s/ *Megan K. Bannigan*
Megan K. Bannigan

*Lead Counsel for Plaintiff*
*Rauch Industries, Inc.*

cc Gerald Grunsfeld, Esq. (by ECF)

---

**The request for an adjournment is GRANTED. The Status Conference is rescheduled for September 28, 2022 at 12:30 PM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse. SO ORDERED.**

Date: 9/16/2022
New York, New York

*Mary Kay Vyskocil* (signature)
Mary Kay Vyskocil
United States District Judge