USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAUCH INDUSTRIES, INC.,

          Plaintiff,

-against-

HEART ARTIST LLC and CHRISTOPHER RADKO,

          Defendants.

1:22-cv-00909-MKV

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiff's request for an extension of the discovery schedule is GRANTED. The Status Conference scheduled for November 15, 2022 at 11:30 AM is ADJOURNED to January 24, 2023 at 3:00 PM.

The Clerk of Court is respectfully requested to terminated docket entry 120.

**SO ORDERED.**

Date:  November 2, 2022
         New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**