

**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/15/2023

February 15, 2023

The Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

### *Rauch Industries, Inc. v. Heart Artist LLC, et al.*, No. 22 CV 909

Dear Judge Vyskocil:

    I am lead counsel to Plaintiff Rauch Industries, Inc. ("Plaintiff") in the above referenced matter. I write to respectfully request an adjournment of the status conference scheduled for February 28, 2023 at 2:00 P.M. EST, in person, in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York (ECF No. 129). I have a previously-scheduled mediation that I am unable to move, and other members of the team are traveling on business. Defendants consent to this request. Both parties are available for an in-person conference on March 6, 27, 28 (the later March dates to accommodate a trial which Defendants' counsel will be working on from March 8-24). In the alternative, both parties are also available remotely on March 3 in the morning or March 7 after 3pm.

    This status conference has been adjourned once before; it was previously scheduled for January 24, 2023, but was adjourned by the Court after the fact discovery deadline was extended. (ECF No. 128). The parties also have a conference scheduled before Judge Cott to discuss open discovery issues on February 24, 2023.

    Thank you very much for Your Honor's consideration of this request.

Respectfully submitted,

/s/ *Megan K. Bannigan*
Megan K. Bannigan

*Lead Counsel for Plaintiff
Rauch Industries, Inc.*

---

**The Status Conference scheduled for February 28, 2023 is ADJOURNED to April 25, 2023 at 11:00 AM. SO ORDERED.**

Date: 2/15/2023
New York, New York

*Mary Kay Vyskocil* (signature)
Mary Kay Vyskocil
United States District Judge

www.debevoise.com