UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAUCH INDUSTRIES, INC., | |
| Plaintiff, | |
| -against- | 1:22-cv-00909-MKV |
| CHRISTOPHER RADKO, and HEART ARTIST LLC, | **ORDER** |
| Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2023

MARY KAY VYSKOCIL, United States District Judge:

The Status Conference previously scheduled for April 25, 2023 at 11:00 AM is ADJOURNED to May 23, 2023 at 2:00 PM.

**SO ORDERED.**

Date:  March 27, 2023
       New York, NY

MARY KAY VYSKOCIL
United States District Judge