

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/2023
```

May 12, 2023

The Honorable Mary Kay Vyskocil
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

       *Rauch Industries, Inc. v. Heart Artist LLC, et al.*, **No. 22 CV 909 (MKV) (JLC)**

Dear Judge Vyskocil:

    The undersigned counsel represent Plaintiff Rauch Industries, Inc. ("Rauch") and Defendants Christopher Radko ("Radko") and Heart Artist LLC ("Heart Artist") (collectively "Defendants" and together with Rauch, the "Parties") in the above-referenced action. We write to jointly request an adjournment of the status conference currently scheduled for May 23, 2023, (ECF No. 162), to a date following the completion of discovery.

    This case is currently stayed to allow the parties to focus on settlement discussions. *See* ECF No. 166. The Parties are engaged in settlement discussions, and have agreed to participate in a second settlement conference before Judge Cott. Should the stay be lifted, the Parties would have additional fact discovery and all of expert discovery to complete. The Parties now seek an adjournment of the May 23, 2023, status conference to a time when they can more effectively provide the pre-conference submissions required by the Court's Civil Case Management Plan No. 16, including a joint letter with "a statement of whether any party anticipates filing a motion for summary judgment or a motion to exclude expert testimony[.]"

    Thank you for your attention to this matter.

    Respectfully submitted,

| | |
|---|---|
| */s/ Megan K. Bannigan* | */s/ Roxanne Elings* |
| Megan K. Bannigan | Gayle Roxanne Elings |
| David H. Bernstein | **Davis Wright Tremaine LLP** |
| Kathryn C. Saba | 1251 Avenue of the Americas |
| **Debevoise & Plimpton LLP** | Ste. 5a |
| 919 Third Avenue | New York, New York 10128 |
| New York, New York, 10022 | Telephone: 971-691-1202 |
| Telephone: (212) 909-6000 | |
| | Gerry Grunsfeld |
| *Attorneys for Plaintiff Rauch Industries, Inc.* | **Lazar Grunsfeld Elnadav LLP** |
| | 1795 Coney Island Avenue, Suite 200 |
| | Brooklyn, New York, 11230 |
| | Telephone: (718) 659-1300 |

www.debevoise.com

The Hon. Mary Kay Vyskocil          2          May 12, 2023

*Attorneys for Defendants Christopher Radko and Heart Artist LLC*

**GRANTED. The May 23, 2023 Status Conference is ADJOURNED to June 27, 2023 at 3:00 PM. SO ORDERED.**

Date: 5/15/2023
New York, New York

*Mary Kay Vyskocil*
United States District Judge