

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2023

June 13, 2023

The Honorable Mary Kay Vyskocil
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

*Rauch Industries, Inc. v. Heart Artist LLC, et al.*, **No. 22 CV 909 (MKV) (JLC)**

Dear Judge Vyskocil:

  The undersigned counsel represent Plaintiff Rauch Industries, Inc. ("Rauch") and Defendants Christopher Radko ("Radko") and Heart Artist LLC ("Heart Artist") (collectively "Defendants" and together with Rauch, the "Parties") in the above-referenced action. We write to jointly request an adjournment of the status conference currently scheduled for June 27, 2023, (ECF No. 169), to a date following the completion of discovery.

  This case is currently stayed to allow the parties to focus on settlement discussions. *See* ECF Nos. 166 and 170. The Parties are engaged in settlement discussions, and have agreed to continue to meet and confer about settlement and report back to the Court for a conference on July 10, 2023. *See* ECF No. 170. Should the stay be lifted, the Parties would have additional fact discovery and all of expert discovery to complete. The Parties now seek adjournment of the June 27, 2023, status conference to a time when they can more effectively provide the pre-conference submissions required by the Court's Civil Case Management Plan No. 16, including a joint letter with "a statement of whether any party anticipates filing a motion for summary judgment or a motion to exclude expert testimony[.]"

  Thank you for your attention to this matter.

Respectfully submitted,

/s/ Megan K. Bannigan        /s/ Gayle Roxanne Elings

---

**The June 27, 2023 Status Conference is ADJOURNED to August 1, 2023 at 11:00 AM. SO ORDERED.**

Date: 6/16/2023
New York, New York

*[signature]*
Mary Kay Vyskocil
United States District Judge

www.debevoise.com